IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHNNY E. HERNANDEZ,

    Plaintiff,

v.                          No. 22-cv-0838 JB-KRS

BOARD OF COUNTY COMMISSIONERS,

    Defendant,

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte* because it appears Plaintiff Johnny Hernandez severed contact with the Court. Hernandez filed a Civil Complaint (Doc. 1-1) while detained at the Metropolitan Detention Center (MDC) in Albuquerque, New Mexico. The MDC inmate locator website reflects Hernandez is no longer in custody, and he has not notified the Clerk of Court regarding his current address as required by D.N.M. Local Civil Rule 83.6. *See* https://gtlinterface.bernco.gov/custodylist/Results.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Hernandez shall notify the Clerk in writing of his new address or show cause why this action should not be dismissed. The failure to timely comply may result in dismissal without further notice.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE